AERO-BOCKER CORPORATION and Another v. SAUL AXELROD and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

PIETER VAN VEEN v. FRANKLIN KNITTING MILLS, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

I. L. ROSENSTEIN, INC., v. THE BANK OF UNITED STATES and Others. I. L. ROSENSTEIN, INC., v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY and TRADE BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of CHARLES C. H. DITARGIANI for Part Payment of a Testamentary Provision under the Will of ERMINIA CASANOVA SCHROEN, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

I. ALBERT LOWENFELD and Another v. BYRON A. BEAL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ALEXANDER McGAVIN & Co., LTD., v. JULIAN G. STRAUS and Others, Impleaded with WILLIAM V. DWYER and Another.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SEECK & KADE, INC., v. PERTUSSIN CHEMICAL Co., INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.